No. 972, Misc. PATE v. PAGE, WARDEN. C. A. 10th Cir. Certiorari denied. *Melvin L. Wulf* for petitioner. *Charles Nesbitt,* Attorney General of Oklahoma, and *Jack A. Swidensky,* Assistant Attorney General, for respondent.

No. 990, Misc. CLEGGETT v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 995, Misc. STAPLES v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Josiah Lyman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 996, Misc. PUETT v. CITY OF DETROIT ET AL. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *John H. Witherspoon* for the City of Detroit et al., and *Aloysius J. Suchy* for Mosgrove, respondents.

No. 1000, Misc. SMITH v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1002, Misc. ALLISON v. HOLMAN, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 997, Misc. BELL v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.